UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCIO A. ANSELMO,<br>　　　　Petitioner,<br>　　v.<br><br>JOSIE GASTELO, Warden,<br>　　　　Respondent. | Case No. 18-01446 BLF (PR)<br><br>**JUDGMENT** |

　　　　For the reasons stated in the order denying the petition for a writ of habeas corpus, judgment is entered in favor of Respondent and against Petitioner

　　　　**IT IS SO ORDERED.**

Dated: _October 10, 2019_

　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　United States District Judge

Case No. 18-01446 BLF (PR)
JUDGMENT